# Exhibit B

**Wassom, Brian**
___

| | |
|---|---|
| **From:** | Justin Dalenberg <justin@dollnburgers.com> |
| **Sent:** | Saturday, July 04, 2020 1:27 PM |
| **To:** | Brad Smith; Carly Bower; Griffin Zotter; Joel Dalenberg; John Burtka; Ken Heers; Keller, Scott |
| **Subject:** | Response to your letter |

Hello Mr. Keller

My name is Justin Dalenberg, one of the founders and creator of Doll n' Burgers.
As you can hopefully tell "Doll n" Burgers" is a phonetic pronunciation of my last name, which is also a nickname my dad and I have been labeled with our entire lives in one way, shape or form.

I'd like to point out a couple of facts so you understand how hilarious your claims are.

- red, black, white, and yellow are our brand colors, as are many other fast food establishments including checkers, rally's, Carls Jr, five guys, McDonald's, Steak 'n Shake, need I say more, so your claim that these colors are solely the right of in n out is invalid. These are basic primary colors, and our ratio in which we use them is starkly different from your client, they use a lot more red.

- our logo looks nothing like in n outs, nothing, we have a silly cow named dolly and they have a yellow lightening bolt. In fact their brand is "in n out burger" not "burgers" as our name is doll n burgers. The use of "n" has nothing to do with in n out, it is a phonetic substitute for "en" in Dalenberg!

-our cups look nothing like in n outs, ours have our name in scroll, in our brand font, at the bottom of the cup, yes we have a silly cow head across the top of the cup with our signature double lines, but again our cups are not even similar to in n outs unless you think a large mammal in the form of a cow looks like a palm tree

-yes we use open burger wrappers, I have been serving burgers like this for years, I'm a chef of 22 years and have learned this is the best way to serve our style of burger, which by the way is nothing like in n outs in how we prepare and execute. Furthermore, our branding of our burger wrap is not even close to in n outs, theirs is red, ours is white. Ours calls out Midwest beef, theirs does not, we serve our meals in bags, they do boxes

-our building looks nothing like an in n out,  our branding is very different, the only thing we have in common is white, black and red, how we use these colors is completely different. By the way, we converted an old Taco Bell which had grey floors already, not checkered gray like in n out, so we re used them. Furthermore, in n out uses stainless steel service counters, you should know that, we use black granite. Our booths are vinyl, black and red, in n out is red and white plastic, their tables are white, ours are red. Their chairs are red, ours are metallic.

-our uniforms are totally different from in n out. Paper hats have been used In burger joints for decades, ie... Johnny rockets. In n out uses bistro aprons with a large pin to secure them, we use chef shirts and bib aprons as our uniform, again, nothing like in n out. Again, I'm a career chef, these uniforms are the same as I use in my other restaurants and they are industry standard

-we make our own buns, grind our own meat, make our own sauce with Michigan pickles and serve Pepsi! Again, nothing like in n out, we don't even cook our burgers the same, theirs are pre pattied, ours are balled and smashed.

-our menu board is NOtHING like in n out, we use red and white backing, completely different font, inside our combos are on the flanks of our menu board, outside they are on top but that is pretty standard if you ask me and not something one could claim to be proprietary.

-our menus are completely different, we do cheese curds, poutine, coneys, Pepsi, chicken tenders, none of which in n out does, and our burgers are also completely different

-lastly, classic cars??? Are you serious?! We are from the motor city! We love cars, most of the car pictures in Doll n Burgers are of our Family! We are a Michigan born fast food restaurant and we are proud of our states heritage and love of classic cars, in n out doesn't reserve that right solely to promote their love of classic cars , sorry

-I'm flattered that your client believes we are utilizing elements of their brand but I assure you that we are not and I'm happy to argue any point you send my way. Furthermore, if you'd like to personally come to doll n burgers in Tecumseh so I can further show you how completely different we are from in n out, I'd be happy to buy you a delicious doll n burger deluxe, some "twice cooked" kennebec fries and a Pepsi

I hope this response helps you and your client feel good about our company and I hope you both look at us as an American success story, providing jobs and opportunities during a dismal time, just like they did so many years ago, as they continue to be a leader in the industry. I respect your client greatly and wish you and them all the best. If there is anything I can do to help you please let me know

Cheers

Justin Dalenberg
Chief Burger Flipper
Doll n Burgers