IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN-N-OUT BURGERS,
a California corporation,

    Plaintiff/Counter-Defendant,

v.

DOLL N BURGERS LLC, et al,

    Defendants/Counter-Plaintiffs.

Civil Action No. 3:20-cv-11911

Hon. Robert H. Cleland

Magistrate Judge Anthony P. Patti

---

| | |
|---|---|
| Brian D. Wassom (P60381)<br>Regina M. Gilmour (P83117)<br>WARNER NORCROSS + JUDD LLP<br>45000 River Ridge Drive, Suite 300<br>Clinton Township, Michigan 48038<br>(586) 303-4039<br>Attorneys for Plaintiffs<br>bwassom@wnj.com<br>rgilmour@wnj.com | Bradley L. Smith (P48138)<br>ENDURANCE LAW GROUP PLC<br>133 W. Michigan Avenue, Suite 10<br>Jackson, Michigan 49201<br>(517) 879-0253<br>Attorneys for Defendants<br>bsmith@endurancelaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2021, I caused true and correct copies of the following:

- Notice of Filing Exhibits in the Traditional Manner
- Index of Exhibit to be Filed in the Traditional Manner
- Exhibit 56 in Support of Plaintiff's Motion for Summary Judgment

to be served on the following at the address below via first class mail:

Bradley L. Smith, Esq.
ENDURANCE LAW GROUP PLC
133 W. Michigan Avenue, Suite 10
Jackson, Michigan 49201

I further certify that I electronically filed this certificate of service using the Court's CM/ECF system, which will send notification to all attorneys of record.

Respectfully submitted,

Dated:   August 9, 2021

By: /s/ Denise A. Keilch
Denise A. Keilch, Legal Assistant to:
Brian D. Wassom (P60381)
WARNER NORCROSS + JUDD LLP
45000 River Ridge Drive, Suite 300
Clinton Township, Michigan 48038
(586) 303-4139
Attorneys for Plaintiff
bwassom@wnj.com

22103671