# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

IN-N-OUT BURGERS,
a California corporation,

    Plaintiff/Counter-Defendant,

v.

DOLL N BURGERS LLC, et al,

    Defendants/Counter-Plaintiffs.

Civil Action No. 5:20-cv-11911

Hon. Robert H. Cleland

Magistrate Judge Anthony P. Patti

---

| | |
|---|---|
| Brian D. Wassom (P60381)<br>Regina M. Gilmour (P83117)<br>WARNER NORCROSS + JUDD LLP<br>45000 River Ridge Drive, Suite 300<br>Clinton Township, Michigan 48038<br>(586) 303-4039<br>Attorneys for Plaintiffs<br>bwassom@wnj.com<br>rgilmour@wnj.com | Bradley L. Smith (P48138)<br>ENDURANCE LAW GROUP PLC<br>133 W. Michigan Avenue, Suite 10<br>Jackson, Michigan 49201<br>(517) 879-0253<br>Attorneys for Defendants<br>bsmith@endurancelaw.com |

---

## STIPULATED ORDER FOR WITHDRAWAL OF
## APPEARANCE OF REGINA M. GILMOUR

    Plaintiff, IN-N-OUT BURGERS, and Defendants DOLL N BURGERS LLC, et al, having agreed to the following, it is hereby

    ORDERED that the Appearance of Regina M. Gilmour shall be withdrawn for the reason that she is leaving the law firm of Warner Norcross + Judd LLP.

IT IS FURTHER ORDERED that Regina M. Gilmour shall be removed from the mailing service list on behalf of Plaintiff IN-N-OUT BURGERS.

So stipulated:

| | |
|---|---|
| */s/ Regina M. Gilmour* | */s/ with consent of Bradley L. Smith* |
| Brian D. Wassom (P60381) | Bradley L. Smith (P48138) |
| Regina M. Gilmour (P83117) | ENDURANCE LAW GROUP PLC |
| WARNER NORCROSS + JUDD LLP | 133 W. Michigan Avenue, Suite 10 |
| 45000 River Ridge Drive, Suite 300 | Jackson, Michigan 49201 |
| Clinton Township, Michigan 48038 | (517) 879-0253 |
| (586) 303-4039 | Attorneys for Defendants |
| Attorneys for Plaintiffs | bsmith@endurancelaw.com |
| bwassom@wnj.com | |
| rgilmour@wnj.com | |

Dated: September 2, 2021    s/Robert H. Cleland
　　　　　　　　　　　　　　Robert H. Cleland
　　　　　　　　　　　　　　U.S. District Judge

22229356